# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2022

*The Court of Appeals hereby passes the following order:*

**A21A1758.  JENNA WHITLOCK v. MICHELLE VAN HEMERT BRANTON.**

This case began as a dispossessory proceeding in magistrate court.  After the magistrate court issued a judgment in favor of the plaintiff Michelle Van Hemert Branton, the defendant Jenna Whitlock appealed to superior court.«**v2 6-7, 9**» The superior court also issued a judgment in favor of the plaintiff, and Whitlock filed this direct appeal.«**V2 1, 58**» We lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1), (b). Because Whitlock did not file an application for discretionary review, we lack jurisdiction, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  01/10/2022

    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.